10-11-247-CR   CRPM 630

4 AUGUST, 2016

HONORABLE SHARRI ROESSLER
CLERK OF THE COURT
TENTH COURT OF APPEALS
MCLENNAN COUNTY COURTHOUSE
501 WASHINGTON AVE RM 415
WACO, TX 76701-1327

RECEIVED
SEP 08 2016
COURT OF APPEALS
WACO, TEXAS

I TRAVIS VERSHUN BRAZIL, IS SERVING A SENTENCE OF LIFE WITHOUT PAROLE FOR A '2010 CAPITAL MURDER OFFENCE. ONE OF THE VICTIMS WHO IS ALSO A WITNESS HAS STATED AND TESTIFIED TO THE SHOOTER BEING A WHITE MALE WITH TATTOOS, DRESSED IN ALL BLACK. I'M AN AFRICAN AMERICAN ALSO KNOWN AS BLACK, SO YOU CAN SEE WHERE I DON'T FIT THAT DESCRIPTION. IN ORDER FOR ME TO FILE AN APPEAL AND USE ANY OF THIS, I MUST OBTAIN MY TRIAL TRANSCRIPT. I HAVE GONE THROUGH THE CHAIN AND HAS GOTTEN NOWHERE. CAN YOU PLEASE HELP ME. I FALL UNDER INDIGENT OFFENDER BUT IF MY ONLY OPTION IS TO PURCHASE THEM THEN PLEASE NOTIFY ME AND I WILL ATTEMPT TO MEET THE FINANCES. THANK YOU FOR YOUR TIME AND GOD BLESS YOU AND YOURS!!

- Travis V. Brazil

Travis V. Beazic #1716919
Robertson Unit
12071 FM 3522
Abilene, TX 79601

"LEGAL"

7670141373

RECEIVED
SEP 08 2016
COURT OF APPEALS
WACO, TEXAS

ABILENE TX 795

06 SEP 2016 PM 2 T

Tenth Court of Appeals
McLennan County Courthouse
Honorable Sharon Wessell
501 Washington Ave Rm 415
Waco, TX 76701-1327

"LEGAL"